■ In the Matter of DIAVONNI G., an Infant. VANESSA G., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [952 NYS2d 442]—

The record evidence demonstrates that the continuation of the subject child in respondent mother's home is contrary to her best interests (Family Ct Act § 1061; *Matter of Shinice H.*, 194 AD2d 444 [1st Dept 1993]). Concur—Tom, J.P., Andrias, Saxe, DeGrasse and Manzanet-Daniels, JJ.